# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara Allen-Haring, et. al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 2:22-cv-00275 |
| v. ) | |
| ) | |
| SYNGENTA CROP PROTECTION, ) | |
| LLC.; CHEVRON USA INC.; and ) | |
| FMC CORPORATION ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Barbara Allen-Haring, David Steele, Joseph Wochner, Barbara Burns, and Lauriano Barajas hereby gives notice that the above-captioned matter is voluntarily dismissed without prejudice as to all defendants.

Dated: January 31, 2022         /s/ Tayjes Shah
                                Tayjes Shah, Esq.
                                The Miller Firm LLC
                                108 Railroad Avenue
                                Orange, VA 22960
                                Phone: 540-672-4224
                                Fax: 540-672-3055
                                tshah@millerfirmllc.com

                                *Co-Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Voluntary Dismissal was served via ECF on January 31, 2022, to all counsel of record.

/s/  Tayjes Shah
Tayjes Shah, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
tshah@millerfirmllc.com

*Co-Counsel for Plaintiffs*